# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 CIV 6577                                         Purchased/Filed: July 24, 2008

STATE OF NEW YORK    UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT

---

Trustees of The District Council 9 Painting Industry Insurance and Annuity Funds          Plaintiff

against

Arista Painting, Inc., a/k/a Arista Painting Corp.          Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

_Jessica Miller_, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _July 28, 2008_, at _2:00pm_, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint on

_Arista Painting, Inc._, the Defendant in this action, by delivering to and leaving with _Chad Matice_, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _40_ dollars; That said service was made pursuant to Section _306 Business Corporation Law_.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: _28_    Approx. Wt: _200_    Approx. Ht: _6'0"_  
Color of skin: _White_    Hair color: _Brown_    Sex: _M_    Other: _____

Sworn to before me on this  
30th day of _July, 2008_

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2011

Jessica Miller

Invoice·Work Order # SP0807228

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179